IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARSAVION WATSON,<br><br>    Petitioner,<br><br>vs.<br><br>MICHEAL MEYERS,<br><br>    Respondent. | 8:24CV166<br><br>**MEMORANDUM AND ORDER** |

On May 28, 2024, Petitioner Marsavion Watson filed an unsigned Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 4. On June 11, 2024, the Clerk of Court advised Petitioner that his IFP Motion was unsigned and therefore deficient. The Clerk of Court directed Petitioner to "correct the deficiency" (i.e., file a signed IFP Motion) within 14 days, or the pleading "may be stricken from the record of this case." Filing No. 7 (text notice of deficiency). Petitioner has failed to follow the Clerk of Court's directions.

Accordingly, the Court shall order Petitioner to file a signed IFP Motion that complies with Federal Rule of Civil Procedure 11 and the Court's Local Rules. This matter cannot proceed until the foregoing deficiency is corrected. FAILURE TO CORRECT THE DEFECT WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF THE PETITION WITHOUT FURTHER NOTICE.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to correct the above-listed technical defect on or before **August 9, 2024**. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

2.      The Clerk of Court is directed to send to Petitioner a copy of his IFP Motion, Filing No. 4 at 1–2.

3.      The Clerk of Court is directed to set a pro se case management deadline in this matter with the following text: **August 9, 2024**: deadline to submit signed IFP Motion.

4.      No further review of this case shall take place until Petitioner complies with this Memorandum and Order.

Dated this 10th day of July, 2024.

BY THE COURT:

*/s/ Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge