IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARSAVION WATSON,

        Petitioner,

vs.

MICHEAL MEYERS,

        Respondent.

8:24CV166

**MEMORANDUM AND ORDER**

    Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 4.[1]  Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee.  28 U.S.C. § 1914(a).  However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 6), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee.  *See* 28 U.S.C. § 1915(a)(1).

    IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 4, is granted.  The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases.  The Court will conduct this review in its normal course of business.

---

[1] Upon filing, Petitioner's motion was unsigned.  *See* Filing No. 4 at 2.  Petitioner filed a signed copy of his motion on July 18, 2024.  Filing No. 4-1.

2

Dated this 22nd day of July, 2024.

BY THE COURT:

*[signature: Joseph F. Bataillon]*

Joseph F. Bataillon
Senior United States District Judge